**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-1859**

_____

FELICIA G. WATKINS,

Plaintiff - Appellant,

v.

PETE GEREN, Secretary, Department of the Army,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore.   J.  Frederick Motz, District Judge. (1:06-cv-02728-JFM)

_____

Submitted:  April 30, 2008              Decided:  May 20, 2008

_____

Before GREGORY and SHEDD, Circuit Judges, and WILKINS, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jeffery  C.  Taylor,  Michael  J.  Snider,  Ari  Taragin,  SNIDER & ASSOCIATES,  LLC,  Baltimore,  Maryland,  for  Appellant.   Rod  J. Rosenstein,  United  States  Attorney,  Ariana  Wright  Arnold,  Assistant United  States  Attorney,  Baltimore,  Maryland,  for  Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felicia G. Watkins appeals the district court's orders denying her Fed. R. Civ. P. 56(f) motion for additional discovery, granting Defendant's summary judgment motion on her race and gender discrimination and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2000), and denying her Fed. R. Civ. P. 59(e) motion for reconsideration.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Watkins v. Geren</u>, No. 1:06-cv-02728-JFM (D. Md. June 19, 2007).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>